IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NICOLE BEDER,

    Plaintiff,

  v.                                    CIV. No. 16-1417 KG/KRS

NEW MEXICO ATTORNY GENERAL'S OFFICE,
HECTOR BALDERAS, *in his official and individual
capacity as Attorney General of New Mexico, and*
MARGARET McLEAN, *in her official and individual
capacities,*

    Defendants.

## **ORDER OF REMAND**

Having granted Plaintiff's Motion for Discretionary Remand to State Court Based on the Absence of a Federal Claim (Doc. 27) by entering a Memorandum Opinion and Order contemporaneously with this Order of Remand,

IT IS ORDERED that this lawsuit is remanded to the First Judicial District Court, County of Santa Fe, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE